STATE OF NEW JERSEY v. INOCENZIO MENDEZ.

February 29, 1988.

Petition for certification denied.

447 ASSOCIATES v. CARMEN MIRANDA.

March 1, 1988.

Petition for certification granted.

EDRIKA HUNTER v. MERCER REGIONAL MEDICAL GROUP.

March 8, 1988.

Petition for certification denied.

CHRISTINE STRUMOLO v. ROYSON CONVEYOR COMPANY.

March 8, 1988.

Petition for certification denied.